STATE OF NEW JERSEY v. CLARENCE SHIELDS.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RUBY MOTEN.

May 2, 1973. Petition for certification denied.

MARIE H. DE LUCCA v. BOROUGH OF VERONA.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. BELVIN MELVIN.

May 2, 1973. Petition for certification granted.

MELLO-D-CLUB, INC., t/a OLIVERI'S NITECLUB v.
CITY COUNCIL OF THE CITY OF ELIZABETH.

May 2, 1973. Petition for certification denied.

SAINT JAMES HOSPITAL OF NEWARK v.
PETRA MONTESINO.

May 2, 1973. Petition for certification denied.